EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2005

at  9  o'clock and  45  min.  a  M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DANIELA SOLEDAD LOPEZ-MEZA,    (1)<br>GISELA JUDITH ROCHIN-GAXIOLA, (2)<br><br>            Defendants. | CR. NO. CR05-00120 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846,<br>841(a)(1) & (b)(1)(A)] |

I N D I C T M E N T

The Grand Jury charges that:

Count One

Beginning at a date unknown and continuing up to and including March 16, 2005, in the District of Hawaii, defendants, DANIELA SOLEDAD LOPEZ-MEZA and GISELA JUDITH ROCHIN-GAXIOLA, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and

unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

Dated: March 30, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Lopez-Meza & Rochin-Gaxiola
Indictment
CR. No. CR05-00120 HG

2