EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 7 2005

at ____ o'clock and ____ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00120 HG |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 846, |
| DANIELA SOLEDAD LOPEZ-MEZA,   (1) | ) | 841(a)(1) & (b)(1)(A)] |
| GISELA JUDITH ROCHIN-GAXIOLA, (2) | ) | |
| | ) | |
| Defendants. | ) | |

FIRST SUPERSEDING INDICTMENT

     The Grand Jury charges that:

     Beginning at a date unknown and continuing up to and

including March 16, 2005, in the District of Hawaii, defendants,

DANIELA SOLEDAD LOPEZ-MEZA and GISELA JUDITH ROCHIN-GAXIOLA, did

knowingly and intentionally combine, conspire, confederate and

agree together and with each other, and with others known and

unknown to the grand jury, to distribute 50 grams or more of

methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

Dated: June 7 , 2005, at Honolulu, Hawaii.

A TRUE BILL

_____ /S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Lopez-Meza & Rochin-Gaxiola
First Superseding Indictment
CR. No. 05-00120 HG